MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

HARRY P. SUSMAN
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-Mail: hsusman@susmangodfrey.com

ADAM P. SCHIFFER
SCHIFFER ODOM HICKS PLLC
3200 Southwest Freeway, Suite 2390
Houston, TX 77027
Telephone: (713) 357-5150
Facsimile: (713) 357-5160
E-Mail: aschiffer@sohlawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. MERRILL GLASGOW, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO., INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>Defendants. | Case No. CV 08 1936<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

830439v1/010719

PLAINTIFF'S DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 11, 2008

>MARC M. SELTZER
>SUSMAN GODFREY L.L.P.
>1901 Avenue of the Stars, Suite 950
>Los Angeles, CA 90067-6029
>Telephone: (310) 789-3100
>Facsimile: (310) 789-3150
>E-Mail: mseltzer@susmangodfrey.com
>
>HARRY P. SUSMAN
>SUSMAN GODFREY L.L.P.
>1000 Louisiana Street, Suite 5100
>Houston, TX 77002-5096
>Telephone: (713) 651-9366
>Facsimile: (713) 654-6666
>E-Mail: hsusman@susmangodfrey.com
>
>ADAM P. SCHIFFER
>SCHIFFER ODOM HICKS PLLC
>3200 Southwest Freeway, Suite 2390
>Houston, TX 77027
>Telephone: (713) 357-5150
>Facsimile: (713) 357-5160
>E-Mail: aschiffer@sohlawfirm.com
>
>
>By /s/ Marc M. Seltzer
>       Marc M. Seltzer
>    Attorneys for Plaintiff

830439v1/010719

2

PLAINTIFF'S DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS