MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

HARRY P. SUSMAN
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-Mail: hsusman@susmangodfrey.com

ADAM P. SCHIFFER
SCHIFFER ODOM HICKS PLLC
3200 Southwest Freeway, Suite 2390
Houston, TX 77027
Telephone: (713) 357-5150
Facsimile: (713) 357-5160
E-Mail: aschiffer@sohlawfirm.com

Attorneys for Plaintiff

ORIGINAL FILED
08 APR 11 PM 2:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

W. MERRILL GLASGOW, on Behalf of Himself and All Others Similarly Situated,

Plaintiff,

vs.

THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,

Defendants.

Case No. CV 08 1936 SI

CLASS ACTION

NOTICE OF RELATED CASES

830338v1/010715

NOTICE OF RELATED CASES

1

**TO THE CLERK OF THE COURT AND ATTORNEYS OF RECORD FOR DEFENDANTS:**

**PLEASE TAKE NOTICE THAT**, in accordance with Rule 3-12 of the Local Rules of the United States District Court for the Northern District of California, the following actions appear to be related in the above-entitled action:

1. <u>Mike Labins v. The Charles Schwab Corporation, et al.</u>, Case No. CV 08-1510-WHA; and

2. <u>Gerry Hageman v. The Charles Schwab Corporation, et al.</u>, Case No. CV 08-01733-CW.

Civil L.R. 3-12 provides that notice of a related case shall be filed and served on all parties who have appeared stating whether any action pending in the Northern District of California and the action being filed appear: (1) to concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

The foregoing actions involve substantially similar factual allegations, causes of action and defendants as the within action and, accordingly, these cases are related within the meaning of Civil L.R. 3-12.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Related Cases is also being served on counsel for plaintiffs in the cases listed above, to the extent known to plaintiff.

Dated: April 11, 2008

MARC M. SELTZER
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

HARRY P. SUSMAN
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-Mail: hsusman@susmangodfrey.com

ADAM P. SCHIFFER
SCHIFFER ODOM HICKS PLLC
3200 Southwest Freeway, Suite 2390
Houston, TX 77027
Telephone: (713) 357-5150
Facsimile: (713) 357-5160
E-Mail: aschiffer@sohlawfirm.com


By _____
         Marc M. Seltzer
     Attorneys for Plaintiff

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067.

On April 11, 2008, I served the foregoing document(s) described as follows:

**NOTICE OF RELATED CASES**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

<u>XX</u>  BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

_____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER
I caused to be delivered by Federal Express or Overnight Courier.

_____ BY TELECOPIER
I served by facsimile as indicated on the attached service list.

_____ BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

_____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

<u>XX</u>  (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

830338v1/010719

1  I declare under the penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed on April 11, 2008, at Los Angeles, California.
4
5  Sandra L. Thomas                    *Sandra L. Thomas*
   Type or Print Name                       (Signature)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

830338v1/010719

## SERVICE LIST

Robert Mills
rwm@millslawfirm.com
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, CA 94901
Telephone: (415) 455-1326
Facsimile: (415) 455-1327

Jeffrey A. Berens
jeff@dyerberens.com
DYER & BERENS LLP
682 Grant Street
Denver, CO 80203-3507
Telephone: (303) 861-1764
Facsimile: (303) 395-0393

Attorneys for Plaintiff
Gerry Hageman


Reed R. Kathrein
reed@hbsslaw.com
Peter E. Borkon
peterb@hbsslaw.com
HAGENS BERMAN SOBOL
  SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Attorneys for Plaintiff
Mike Labins

830338v1/010719