DARRYL P. RAINS (CA SBN 104802)
THOMAS R. PLUMMER (CA SBN 240758)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email:  DRains@mofo.com

CRAIG D. MARTIN (CA SBN 168195)
STUART C. PLUNKETT (CA SBN 187971)
KEVIN A. CALIA (CA SBN 227406)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
Charles Schwab Investment Management, Inc., Charles R.
Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| W. MERRILL GLASGOW, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, and GEORGE PEREIRA,<br><br>Defendants. | Case No.   CV-08-01936 WHA<br><br>**NOTICE OF PENDENCY OF OTHER ACTION**<br><br>Related Cases:<br><br>*Labins,* CV-08-01510 WHA<br>*Hageman,* CV-08-01733 WHA<br>*Flanzraich,* CV-08-01994 WHA<br>*Pai,* CV-08-02058 WHA |

Pursuant to Civil L.R. 3-13, defendants hereby notify the Court of the following three actions pending in other district courts:

- *Bohl v. The Charles Schwab Corporation et al.*, Case No. Civ. 08-10593

NOTICE OF PENDENCY OF OTHER ACTION
CV-08-01936 WHA
sf-2514874

1

1  ("*Bohl*"). filed April 8, 2008;

2  • *Coleman v. The Charles Schwab Corporation et al.*, Case No. Civ. 08-10626

3  ("*Coleman*"), filed April 11, 2008; and

4  • *Tully v. The Charles Schwab Corporation et al.*, Case No. Civ. 08-03652

5  ("*Tully*"), filed April 16, 2008.

6  The *Bohl*, *Coleman*, and *Tully* actions involve "all or substantially all of the same parties" as the above-captioned action, as well as the four other related actions pending in this Court. The complaints all assert identical claims under Sections 11, 12(a), and 15 of the Securities Act of 1933.

On May 13, 2008, Defendants filed a motion in the Southern District of New York for transfer of the *Tully* action to the Northern District of California pursuant to 28 U.S.C. § 1404(a). Defendants will shortly file motions in the District of Massachusetts requesting transfer of the *Bohl* and *Coleman* action to this Court on the same grounds.

Dated: May 15, 2008

DARRYL P. RAINS
CRAIG D. MARTIN
STUART A. PLUNKETT
KEVIN A. CALIA
THOMAS R. PLUMMER
MORRISON & FOERSTER LLP

By:  /s/ Darryl P. Rains
     Darryl P. Rains

Attorneys for Defendants
The Charles Schwab Corporation,
Charles Schwab & Co. Inc., Charles
Schwab Investment Management, Inc.,
Charles R. Schwab, Evelyn Dilsaver,
Randall W. Merk, and George Pereira

NOTICE OF PENDENCY OF OTHER ACTION
CV-08-01936 WHA
sf-2514874

2