1  DARRYL P. RAINS (CA SBN 104802)
   THOMAS R. PLUMMER (CA SBN 240758)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   Email:  DRains@mofo.com
5
   CRAIG D. MARTIN (CA SBN 168195)
6  STUART C. PLUNKETT (CA SBN 187971)
   KEVIN A. CALIA (CA SBN 227406)
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for Defendants
   The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
11 Charles Schwab Investment Management, Inc., Charles R.
   Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17 | W. MERRILL GLASGOW, on Behalf of Himself and All Others Similarly Situated, | Case No.   CV-08-01936 WHA
18 |                                                                              | **CERTIFICATE OF SERVICE**
   | Plaintiff,                                                                   |
19 |                                                                              |
   | v.                                                                           |
20 |                                                                              |
   | THE CHARLES SCHWAB CORPORATION,                                              |
21 | CHARLES SCHWAB & CO. INC., CHARLES                                           |
   | SCHWAB INVESTMENT MANAGEMENT,                                                |
22 | INC., CHARLES R. SCHWAB, EVELYN                                              |
   | DILSAVER, RANDALL W. MERK, and                                               |
23 | GEORGE PEREIRA,                                                              |
   |                                                                              |
24 | Defendants.                                                                  |

25

26

27

28

Certificate of Service
Case No. CV-08-01936 WHA
sf-2516583

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on May 15, 2008, I served a copy of:

**NOTICE OF PENDENCY OF OTHER ACTION**

☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

Certificate of Service
Case No. CV-08-01936 WHA
sf-2516583

1

| | |
|---|---|
| ☐ | **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below. |
| | I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom. |
| ☒ | **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b). |

| | | |
|---|---|---|
| Adam P. Schiffer | _____ | Fax |
| Schiffer Odom Hicks PLLC | __X__ | U.S. Mail |
| 3200 Southwest Freeway, Suite 2390 | _____ | Overnight |
| Houston, TX  77027 | _____ | Personal |
| Email: aschiffer@sohlawfirm.com | __X__ | Electronic |
| | | |
| Harry P. Susman | _____ | Fax |
| Susman Godfrey LLP | __X__ | U.S. Mail |
| 1000 Louisiana Street, Suite 5100 | _____ | Overnight |
| Houston, TX  77002-5096 | _____ | Personal |
| Email: hsusman@susmangodfrey.com | __X__ | Electronic |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California, this 15th day of May, 2008.

| Cynthia D. Fix | /s/ Cynthia D. Fix |
|---|---|
| (typed) | (signature) |

I, Darryl P. Rains, am the ECF User whose ID and password are being used to file this CERTIFICATE OF SERVICE. In compliance with General Order 45, X.B., I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated:  __May 15, 2008__            /s/ Darryl P. Rains
                                                     Darryl P. Rains

Certificate of Service
Case No. CV-08-01936 WHA                                                                2
sf-2516583