MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

HARRY P. SUSMAN
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-Mail: hsusman@susmangodfrey.com

ADAM P. SCHIFFER
SCHIFFER ODOM HICKS PLLC
3200 Southwest Freeway, Suite 2390
Houston, TX 77027
Telephone: (713) 357-5150
Facsimile: (713) 357-5160
E-Mail: aschiffer@sohlawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. MERRILL GLASGOW, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>Defendants. | Case No. CV 08-1936 WHA<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION BY W. MERRILL GLASGOW FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**<br><br>Date: June 26, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom of the Hon. William H. Alsup |

835441v1/010719

1

NOTICE OF MOTION & MOTION BY W. MERRILL GLASGOW
FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL
OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
Case No. CV 08-1936 WHA

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Thursday, June 26, 2008, at 8:00 a.m., in the Courtroom of the Hon. William H. Alsup, United States District Judge, at the United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, a hearing will be held on the motion of W. Merrill Glasgow ("Movant") under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for his appointment to serve as Lead Plaintiff in this securities fraud class action under Section 21D(a)(3)(B)(v), and for the approval of his choice of Susman Godfrey L.L.P. as Movant's Lead Counsel and Schiffer Odom Hicks PLLC, as Movant's Liaison Counsel. Movant also seeks to have each of the related actions consolidated under Rule 42(a) of the Federal Rules of Civil Procedure. In support thereof, Movant, through his counsel, states as follows:

1. Consolidation of all the related actions, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, is appropriate because each of the related cases arises out of the same operative facts and asserts similar claims for violations of Sections 11, 12 and 15 of the Securities Exchange Act of 1933 against The Charles Schwab Corporation ("Schwab") and certain of its affiliated entities, officers and/or directors.

2. Movant, as the Proposed Lead Plaintiff, has timely filed his motion and, pursuant to the PSLRA, is believed to constitute the investor with the largest financial interest in the outcome of the case. The Proposed Lead Plaintiff meets the requirements of the PSLRA and Rule 23 of the Federal Rules of Civil Procedure in that his claims are typical of the claims of the class, and he will fairly and adequately represent the interests of the class. Movant's choice of counsel should be accepted by this Court because his selected counsel are nationally recognized firms with extensive experience and expertise in securities fraud and other class actions.

In further support of his motion, Movant relies on the accompanying Memorandum of Points and Authorities and the Declaration of Marc M. Seltzer, filed concurrently herewith.

Dated: May 16, 2008

        MARC M. SELTZER
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
E-Mail:  mseltzer@susmangodfrey.com

HARRY P. SUSMAN
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
E-Mail:  hsusman@susmangodfrey.com

**Proposed Lead Counsel**

ADAM P. SCHIFFER
SCHIFFER ODOM HICKS PLLC
3200 Southwest Freeway, Suite 2390
Houston, TX  77027
Telephone:  (713) 357-5150
Facsimile:  (713) 357-5160
E-Mail:  aschiffer@sohlawfirm.com

**Proposed Liaison Counsel**

By     /s/ Marc M. Seltzer
      Marc M. Seltzer
   Attorneys for Plaintiff

NOTICE OF MOTION & MOTION BY W. MERRILL GLASGOW
FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL
OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
Case No. CV 08-1936 WHA

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

HARRY P. SUSMAN
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-Mail: hsusman@susmangodfrey.com

ADAM P. SCHIFFER
SCHIFFER ODOM HICKS PLLC
3200 Southwest Freeway, Suite 2390
Houston, TX 77027
Telephone: (713) 357-5150
Facsimile: (713) 357-5160
E-Mail: aschiffer@sohlawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. MERRILL GLASGOW, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>Defendants. | Case No. CV 08-1936 WHA<br><br>**CLASS** **ACTION**<br><br>**[PROPOSED] ORDER ON MOTION BY W. MERRILL GLASGOW FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**<br><br>Date: June 26, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom of the Hon. William H. Alsup |

835460v1/010719                                        1
ORDER ON MOTION BY W. MERRILL GLASGOW FOR APPOINTMENT
AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL
Case No. CV 08-1936 WHA

The Court, having duly considered the Motion of W. Merrill Glasgow ("Movant") for Consolidation, Appointment as Lead Plaintiff, and Approval of Movant's Selection of Lead Counsel, the Memorandum of Points and Authorities submitted in support thereof, and the Declaration of Marc M. Seltzer submitted in support thereof, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. All related actions are hereby consolidated for all purposes.

2. Pursuant to section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78u-4(a)(3)(B), Movant is selected as Lead Plaintiff for the Class.

3. Lead Plaintiff's selection of counsel is approved; pursuant to section 21(D)(a)(3)(B)(V) of the 1934 Act, 15 U.S.C. § 78u-4(a)(3)(B)(V), Marc M. Seltzer and the law firm of Susman Godfrey L.L.P. is appointed as Lead Counsel and Adam P. Schiffer and the law firm of Schiffer Odom Hicks PLLC are appointed as Liaison Counsel in the consolidated actions.

4. Lead Plaintiff shall file a consolidated complaint no later than 60 days from the date of the entry of this Order, unless otherwise agreed by the Lead Plaintiff and defendants. The consolidated complaint shall be treated as if it were the original complaint in the actions consolidated herein, except that all defendants shall have 45 days after the filing and service of the consolidated complaint to answer or otherwise respond thereto, unless otherwise agreed to by Lead Plaintiff and defendants.

IT IS SO ORDERED.

Dated this _____ day of _____, 2008.

WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

835460v1/010719                                                     2
ORDER ON MOTION BY W. MERRILL GLASGOW FOR APPOINTMENT
AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL
Case No. CV 08-1936 WHA

1  Submitted by:

2  MARC M. SELTZER (54534)
   SUSMAN GODFREY L.L.P.
3  1901 Avenue of the Stars, Suite 950
   Los Angeles, CA  90067-6029
4  Telephone:  (310) 789-3100
   Facsimile:  (310) 789-3150
5  E-Mail:  mseltzer@susmangodfrey.com

6  HARRY P. SUSMAN
   SUSMAN GODFREY L.L.P.
7  1000 Louisiana Street, Suite 5100
   Houston, TX  77002-5096
8  Telephone:  (713) 651-9366
   Facsimile:  (713) 654-6666
9  E-Mail:  hsusman@susmangodfrey.com

10
   **Proposed Lead Counsel**
11
   ADAM P. SCHIFFER
12 SCHIFFER ODOM HICKS PLLC
   3200 Southwest Freeway, Suite 2390
13 Houston, TX  77027
   Telephone:  (713) 357-5150
14 Facsimile:  (713) 357-5160
   E-Mail:  aschiffer@sohlawfirm.com
15
   **Proposed Liaison Counsel**
16

17 By____/s/ Marc M. Seltzer_____
          Marc M. Seltzer
18   Attorneys for Plaintiff

19

20

21

22

23

24

25

26

27
   835460v1/010719                        3
28 ORDER ON MOTION BY W. MERRILL GLASGOW FOR APPOINTMENT
   AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S
   SELECTION OF LEAD COUNSEL
   Case No. CV 08-1936 WHA