1  DARRYL P. RAINS (CA SBN 104802)
   MORRISON & FOERSTER LLP
2  755 Page Mill Road
   Palo Alto, California 94304-1018
3  Telephone: 650.813.5600
   Facsimile: 650.494.0792
4  Email: DRains@mofo.com

5  CRAIG D. MARTIN (CA SBN 168195)
   STUART C. PLUNKETT (CA SBN 187971)
6  KEVIN A. CALIA (CA SBN 227406)
   KIMBERLY L. TAYLOR (CA SBN 240483)
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for Defendants
   The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
11 Charles Schwab Investment Management, Inc., Charles R.
   Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| W. MERRILL GLASGOW, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, and GEORGE PEREIRA,<br><br>Defendants. | Case No.    CV-08-01936 WHA<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Related Cases:<br><br>*Labins,* CV-08-01510 WHA<br>*Hageman,* CV-08-01733 WHA<br>*Flanzraich,* CV-08-01994 WHA<br>*Pai,* CV-0802058 WHA |

1    WHEREAS, Plaintiff commenced this Action by filing a complaint dated April 11, 2008
2    (the "Complaint");
3    WHEREAS, the Complaint asserts claims under sections 11, 12(a)(2) and 15 of the
4    Securities Act of 1933 (the "Securities Act") on behalf of a purported class;
5    WHEREAS, eight other actions have been filed involving substantially similar claims and
6    overlapping parties and those actions are pending in the United States District Courts for the
7    Northern District of California, with some being transferred from the District of Massachusetts
8    and the Southern District of New York;
9    WHEREAS, motions to consolidate these actions into a single action and to appoint a lead
10   plaintiff were filed on May 16 and 19, 2008;
11   WHEREAS, the parties understand that the lead plaintiff in these actions will file a
12   consolidated complaint;
13   WHEREAS, the parties agree that defendants should respond to the consolidated
14   complaint filed by lead plaintiff and not to the individual complaints in the related actions;
15   WHEREAS, defendants' response date in this action is currently June 13, and this is the
16   first request made for an extension of time; and
17   WHEREAS, the parties have agreed to a schedule that extends defendants' time to
18   respond to the complaint until after a consolidated complaint has been filed.
19   IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as
20   follows:
21   1.    Defendants shall not be required to answer or otherwise respond to the Complaint;
22   2.    Defendants shall answer or otherwise respond to a consolidated complaint on a
23   schedule to be agreed upon with the lead plaintiff, or set by the Court.
24   SO STIPULATED.
25
26
27
28

STIPULATION FOR EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV-08-01936 WHA
sf-2527191

| | | |
|---|---|---|
| 1 | Dated: June 9, 2008 | DARRYL P. RAINS |
| 2 | | CRAIG D. MARTIN |
| | | STUART C. PLUNKETT |
| 3 | | KEVIN A. CALIA |
| | | KIMBERLY L. TAYLOR |
| 4 | | MORRISON & FOERSTER LLP |

By:  /s/ Darryl P. Rains
     Darryl P. Rains

Attorneys for Defendants

THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, AND GEORGE PEREIRA

Dated: June 9, 2008

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

HARRY P. SUSMAN
SUSMAN GODFREY L.L.P.

ADAM P. SCHIFFER
SCHIFFER ODOM HICKS PLLC

By:  /s/ Marc M. Seltzer
     Marc M. Seltzer

Attorneys for Plaintiff
W. Merrill Glasgow

IT IS SO ORDERED.

Dated: June_____, 2008

_____
HONORABLE WILLIAM H. ALSUP
UNITD STATES DISTRICT JUDGE

STIPULATION FOR EXTENDING TIME TO RESPOND TO COMPLAINT   1
CASE NO. CV-08-01936 WHA
sf-2527191

1  I, Darryl P. Rains, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint.  In compliance with General Order 45, X.B., I hereby attest that Marc M. Seltzer has concurred in this filing.

Dated: June 9, 2008

MORRISON & FOERSTER LLP
Attorneys for Defendants

By:   /s/ Darryl P. Rains
         Darryl P. Rains

Attorney for Defendants

The Charles Schwab Corporation, Charles Schwab & Co. Inc., Charles Schwab Investment Management, Inc., Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira