1  MARC M. SELTZER (54534)
   SUSMAN GODFREY L.L.P.
2  1901 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067-6029
3  Telephone: (310) 789-3100
   Facsimile: (310) 789-3150
4  E-Mail: mseltzer@susmangodfrey.com

5  HARRY P. SUSMAN
   SUSMAN GODFREY L.L.P.
6  1000 Louisiana Street, Suite 5100
   Houston, TX 77002-5096
7  Telephone: (713) 651-9366
   Facsimile: (713) 654-6666
8  E-Mail: hsusman@susmangodfrey.com

9  ADAM P. SCHIFFER
   SCHIFFER ODOM HICKS PLLC
10 3200 Southwest Freeway, Suite 2390
   Houston, TX 77027
11 Telephone: (713) 357-5150
   Facsimile: (713) 357-5160
12 E-Mail: aschiffer@sohlawfirm.com

13 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. MERRILL GLASGOW, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>Defendants. | Case No. CV 08-1936 WHA<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF MOTION BY W. MERRILL GLASGOW FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**<br><br>Date: July 2, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom of the Hon. William H. Alsup |

837460v1/010719                         1
NOTICE OF WITHDRAWAL OF MOTION BY W. MERRILL GLASGOW
FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL
OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
Case No. CV 08-1936 WHA

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff W. Merrill Glasgow hereby withdraws, without prejudice, his motion for appointment as Lead Plaintiff and for approval of Lead Plaintiff's selection of lead counsel.

Dated: June 9, 2008

> MARC M. SELTZER
> SUSMAN GODFREY L.L.P.
> 1901 Avenue of the Stars, Suite 950
> Los Angeles, CA  90067-6029
> Telephone:  (310) 789-3100
> Facsimile:  (310) 789-3150
> E-Mail:  mseltzer@susmangodfrey.com
>
> HARRY P. SUSMAN
> SUSMAN GODFREY L.L.P.
> 1000 Louisiana Street, Suite 5100
> Houston, TX  77002-5096
> Telephone:  (713) 651-9366
> Facsimile:  (713) 654-6666
> E-Mail:  hsusman@susmangodfrey.com
>
> **Proposed Lead Counsel**
>
> ADAM P. SCHIFFER
> SCHIFFER ODOM HICKS PLLC
> 3200 Southwest Freeway, Suite 2390
> Houston, TX  77027
> Telephone:  (713) 357-5150
> Facsimile:  (713) 357-5160
> E-Mail:  aschiffer@sohlawfirm.com
>
> **Proposed Liaison Counsel**
>
> By____/s/ Marc M. Seltzer_____
>         Marc M. Seltzer
>    Attorneys for Plaintiff

837460v1/010719

2

NOTICE OF WITHDRAWAL OF MOTION BY W. MERRILL GLASGOW
FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL
OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
Case No. CV 08-1936 WHA

1  **PROOF OF SERVICE**

2  I, the undersigned, declare:

3  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067-6029.

5  On June 9, 2008, I served the foregoing document(s) described as follows:

6  **NOTICE OF WITHDRAWAL OF MOTION BY W. MERRILL GLASGOW FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

8  on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

   __XX__ BY MAIL:
   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   _____ BY PERSONAL SERVICE:
   I caused to be delivered such envelope by hand to the offices of the addressee.

   _____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

   _____ BY FAX
   I served by facsimile as indicated on the attached service list.

   _____ BY ELECTRONIC MAIL
   I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

   Executed on June 9, 2008, at Los Angeles, California.

   ____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   __XX__ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

   Sandra L. Thomas                          /s/
   (Type or Print Name)                      (Signature)

837460v1/010719                    3
NOTICE OF WITHDRAWAL OF MOTION BY W. MERRILL GLASGOW
FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL
OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
Case No. CV 08-1936 WHA

# MASTER SERVICE LIST

Timothy J. Burke
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA  90024
Tel:  (310) 209-2468
Fax:  (310) 209-2087

Jules Brody
SSBNY@aol.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY  10017
Tel:  (212) 687-7230
Fax:  (212) 490-2022

Steve Berman
Sean R. Matt
Erin K. Flory
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Tel:  (206) 623-7292
Fax:  (206) 623-0594

Reed R. Kathrein
Peter E. Borkon
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Tel:  (510) 725-3000
Fax:  (510) 725-3001

Ronald Lovitt
J. Thomas Hannan
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, CA  94111
Tel:  (415) 362-8769
Fax:  (415) 362-7528

Alan R. Plutzik
Michael S. Strimling
BRAMSON, PLUTZIK, MAHLER
 & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Tel:  (925) 945-0200
Fax:  (925) 945-8792

Dave Gaba
COMPASS LAW GROUP PLLC
1200 Fifth Avenue, Suite 1900
Seattle, WA  98101
Tel:  (206) 467-7026

Robert Mills
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, CA  94901
Tel:  (415) 455-1326
Fax:  (415) 455-1327

Jeffrey A. Berens
DYER & BERENS LLP
682 Grant Street
Denver, CO  80203-3507
Tel:  (303) 861-1764
Fax:  (303) 395-0393

Blair A. Nichols
BERNSTEIN LITOWITZ BERGER
 & GROSSMAN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Tel:  (858) 793-0700
Fax:  (858) 793-0323

Nadeem Faruqi
Antonio Vozzolo
FARUQI & FARUQI
369 Lexington Avenue, 10th Floor
New York, NY  10017
Tel:  (212) 983-9330
Fax:  (212) 983-9331

1  Azra Z. Mehdi
   COUGHLIN STOIA GELLER
2    RUDMAN & ROBBINS LLP
   100 Pine Street, Suite 2600
3  San Francisco, CA  94111
   Tel:  (415) 288-4545
4  Fax:  (415) 288-4534

5  Samuel H. Rudman
   David A. Rosenfeld
6  Mark S. Reich
   58 South Service Road, Suite 200
7  Melville, NY  11747
   Tel:  (631) 367-7100
8  Fax:  (631) 367-1173

9  Sean M. Handler
   Steven D. Resnick
10 SCHIFFRIN BARROWAY TOPAZ
     & KESSLER, LLP
11 280 King of Prussia Road
   Radnor, PA  19087
12 Tel:  (610) 667-7706
   Fax:  (610) 667-7056
13
   Darryl P. Rains
14 Thomas R. Plummer
   MORRISON & FOERSTER LLP
15 755 Page Mill Road
   Palo Alto, CA  94304-1018
16 Tel:  (650) 813-5600
   Fax:  (650) 494-0792
17
   Craig D. Martin
18 Stuart C. Plunkett
   Kevin A. Calia
19 MORRISON & FOERSTER LLP
   425 Market Street
20 San Francisco, CA  94105-2482

837460v1/010719                                 5
NOTICE OF WITHDRAWAL OF MOTION BY W. MERRILL GLASGOW
FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL
OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
Case No. CV 08-1936 WHA