1 | DARRYL P. RAINS (CA SBN 104802)
  | MORRISON & FOERSTER LLP
2 | 755 Page Mill Road
  | Palo Alto, California 94304-1018
3 | Telephone: 650.813.5600
  | Facsimile: 650.494.0792
4 | Email: DRains@mofo.com

5 | CRAIG D. MARTIN (CA SBN 168195)
  | STUART C. PLUNKETT (CA SBN 187971)
6 | KEVIN A. CALIA (CA SBN 227406)
  | KIMBERLY L. TAYLOR (CA SBN 240483)
7 | MORRISON & FOERSTER LLP
  | 425 Market Street
8 | San Francisco, California 94105-2482
  | Telephone: 415.268.7000
9 | Facsimile: 415.268.7522

10 | Attorneys for Defendants
   | The Charles Schwab Corporation, Charles Schwab & Co. Inc.,
11 | Charles Schwab Investment Management, Inc., Charles R.
   | Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| W. MERRILL GLASGOW, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, and GEORGE PEREIRA,<br><br>Defendants. | Case No.   CV-08-01936 WHA<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Related Cases:<br><br>*Labins,* CV-08-01510 WHA<br>*Hageman,* CV-08-01733 WHA<br>*Flanzraich,* CV-08-01994 WHA<br>*Pai,* CV-0802058 WHA |

STIPULATION FOR EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV-08-01936 WHA
sf-2527191

1    WHEREAS, Plaintiff commenced this Action by filing a complaint dated April 11, 2008
2    (the "Complaint");

3    WHEREAS, the Complaint asserts claims under sections 11, 12(a)(2) and 15 of the
4    Securities Act of 1933 (the "Securities Act") on behalf of a purported class;

5    WHEREAS, eight other actions have been filed involving substantially similar claims and
6    overlapping parties and those actions are pending in the United States District Courts for the
7    Northern District of California, with some being transferred from the District of Massachusetts
8    and the Southern District of New York;

9    WHEREAS, motions to consolidate these actions into a single action and to appoint a lead
10   plaintiff were filed on May 16 and 19, 2008;

11   WHEREAS, the parties understand that the lead plaintiff in these actions will file a
12   consolidated complaint;

13   WHEREAS, the parties agree that defendants should respond to the consolidated
14   complaint filed by lead plaintiff and not to the individual complaints in the related actions;

15   WHEREAS, defendants' response date in this action is currently June 13, and this is the
16   first request made for an extension of time; and

17   WHEREAS, the parties have agreed to a schedule that extends defendants' time to
18   respond to the complaint until after a consolidated complaint has been filed.

19   IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as
20   follows:

21   1.    Defendants shall not be required to answer or otherwise respond to the Complaint;

22   2.    Defendants shall answer or otherwise respond to a consolidated complaint on a
23   schedule to be agreed upon with the lead plaintiff, or set by the Court.

24   SO STIPULATED.

STIPULATION FOR EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV-08-01936 WHA
sf-2527191

1  Dated: June 9, 2008                          DARRYL P. RAINS
                                                CRAIG D. MARTIN
2                                               STUART C. PLUNKETT
                                                KEVIN A. CALIA
3                                               KIMBERLY L. TAYLOR
                                                MORRISON & FOERSTER LLP
4

5
                                                By:   /s/ Darryl P. Rains
6                                                     Darryl P. Rains

7                                                     Attorneys for Defendants

8                                                     THE CHARLES SCHWAB
                                                      CORPORATION, CHARLES SCHWAB
9                                                     & CO. INC., CHARLES SCHWAB
                                                      INVESTMENT MANAGEMENT, INC.,
10                                                    CHARLES R. SCHWAB, EVELYN
                                                      DILSAVER, RANDALL W. MERK,
11                                                    AND GEORGE PEREIRA

12

13 Dated: June 9, 2008                          MARC M. SELTZER
                                                SUSMAN GODFREY L.L.P.
14
                                                HARRY P. SUSMAN
15                                              SUSMAN GODFREY L.L.P.

16                                              ADAM P. SCHIFFER
                                                SCHIFFER ODOM HICKS PLLC
17

18

19                                              By:   /s/ Marc M. Seltzer
                                                      Marc M. Seltzer
20
                                                      Attorneys for Plaintiff
21                                                    W. Merrill Glasgow

22

23

24 IT IS SO ORDERED.

25 Dated: June __10__, 2008

26                                              _____
                                                HONORABLE WILLIAM H. ALSUP
27                                              UNITD STATES DISTRICT JUDGE

28

STIPULATION FOR EXTENDING TIME TO RESPOND TO COMPLAINT                                    1
CASE NO. CV-08-01936 WHA
sf-2527191

1    I, Darryl P. Rains, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Marc M. Seltzer has concurred in this filing.

Dated: June 9, 2008

MORRISON & FOERSTER LLP
Attorneys for Defendants

By:    /s/ Darryl P. Rains
      Darryl P. Rains

Attorney for Defendants

The Charles Schwab Corporation, Charles Schwab & Co. Inc., Charles Schwab Investment Management, Inc., Charles R. Schwab, Evelyn Dilsaver, Randall W. Merk, and George Pereira