IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

CHARLES SCHWAB CORPORATION SECURITIES LITIGATION.

This Document Relates to All Cases.
______________________________________/

No. C 08-01510 WHA

**ORDER APPROVING RE-ISSUANCE OF DISTRIBUTION CHECK TO CLASS MEMBER SCHROEDER**

Class member John W. Schroeder requests re-issuance of his distribution check in the amount of $3,309.54 (Dkt. No. 1144). According to Mr. Schroeder, his payment was delayed due to several check-mailing mishaps. It appears Mr. Schroeder moved two times in 2011 and, following his request for re-issuance, was away from home for an extended period and thus unable to cash the check within the thirty-day void period. Class counsel was directed to respond to Mr. Schroeder's request and to propose a solution.

Class counsel now responds, requesting that the Court permit the class administrator to "deviate from the [o]rder setting the 30-day void [of distribution checks] and reissue a check to Mr. Schroeder" (Dkt. No. 1147). Class counsel confirms that there are sufficient funds available in reserve to make this payment.

The uncommon circumstances delaying Mr. Schroeder's payment support class counsel's recommendation. Accordingly, the class administrator is hereby directed to issue a new check to Mr. Schroeder in the amount of $3,309.54. Because Mr. Schroeder's claim was not eligible for a residual distribution payment, no residual distribution is required (Joaquin Decl. ¶ 7).

**IT IS SO ORDERED.**

Dated: May 7, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California